ACCEPTED
15-24-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/21/2025 5:02 PM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/21/2025 5:02:23 PM
CHRISTOPHER A. PRINE
Clerk

**DNRBS·Z**

Denton Navarro Rodriguez Bernal Santee & Zech, P.C.

attorneys & counselors at law • rampagelaw.com

San Antonio | Rio Grande Valley | Austin | Gulf Coast

2517 N. Main Avenue | San Antonio, Texas 78212-4685

O 210-227-3243 | F 210-225-4481

July 21, 2025

Fifteenth Court of Appeals                                  **VIA E-NOTIFICATION**
William P. Clements Building
300 W. 15th Street, Ste. 607
Austin, Texas 78701

Re:     *City of Kyle, Texas v. The State of Texas, ex rel. 1200 S. Old Stagecoach Road, LLC*
        Court of Appeals No.: 15-24-00011-CV
        Trial Court Case No.: 22-0873

Dear Clerk of the Court:

I will be on vacation and out of the Country from September 5, 2025 – September 21, 2025. As a matter of professional courtesy, I request that no hearings be set during these times or immediately thereafter. I further request that no motions, pleadings, or other instruments be filed or served which require a response to be filed during this period or immediately thereafter. Additionally, please avoid scheduling anything of significance during the last couple of days prior to the inception of my vacation.

I am copying counsel and notifying them of this request. I hereby request that counsel contact my office about any scheduling issues resulting from this notice that need to be addressed.

Should you have any questions, please do not hesitate to contact me. Thank you in advance for your professional courtesy in this matter.

                            Very truly yours,

                            Denton Navarro Rodriguez Bernal Santee & Zech
                            A Professional Corporation

                            LOWELL F. DENTON
                            State Bar No. 05764700
                            lfdenton@rampagelaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify and attest that on this 21st day of July 2025 all parties in interest listed below have received a true and correct copy of the foregoing as indicated or by **electronic mail from the Clerk of the Court.**

David L. Earl                                      **VIA ESERVICE**
Jeffrey L. Earl
Elyse I. Gonzalez
**EARL & ASSOCIATES, P.C.**
10007 Huebner Road, Suite 303
San Antonio, Texas 78240

Kelly Higgins                                      **VIA ESERVICE**
Criminal District Attorney
Hays County, Texas
Hays Government Center, Suite 2057
712 S. Stagecoach Trail
San Marcos, Texas 78666

Shawn Cowles                                      **VIA ESERVICE**
Assistant Attorney General
Office of the Texas Attorney General
P.O. Box 12548
Mail Code 018
Austin, Texas 78711-2548

Mark D. Kennedy                                   **VIA ESERVICE**
Jordan M. Powell
Office of General Counsel
111 E. San Antonio St., Room 202
San Marcos, Texas 78666

_____
LOWELL F. DENTON

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mary Ann Hernandez on behalf of Lowell Denton
Bar No. 5764700
mhernandez@rampagelaw.com
Envelope ID: 103402384
Filing Code Description: Letter
Filing Description: Notice of Vacation Letter
Status as of 7/22/2025 7:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Megan Earl | 24077729 | megan@earl-law.com | 7/21/2025 5:02:23 PM | SENT |
| David Earl | 6343030 | dearl@earl-law.com | 7/21/2025 5:02:23 PM | SENT |
| Mark Kennedy | 24032498 | MKennedy@seguintexas.gov | 7/21/2025 5:02:23 PM | SENT |
| Jordan Powell | 24087391 | jordan.powell@hayscountytx.gov | 7/21/2025 5:02:23 PM | SENT |
| Shawn Cowles | 24108813 | shawn.cowles3@gmail.com | 7/21/2025 5:02:23 PM | SENT |
| Kelly Higgins | 24028949 | kelly.higgins@hayscountytx.gov | 7/21/2025 5:02:23 PM | SENT |
| Jeffrey Earl | 24120214 | jeff@earl-law.com | 7/21/2025 5:02:23 PM | SENT |
| Johnathan Earl | 24127894 | john@earl-law.com | 7/21/2025 5:02:23 PM | SENT |

Associated Case Party: City of Kyle, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patrick CBernal | | pbernal@rampagelaw.com | 7/21/2025 5:02:23 PM | SENT |
| Christy Burke | | ceburke@rampagelaw.com | 7/21/2025 5:02:23 PM | SENT |
| Denton FrankLowell | | lfdenton@rampagelaw.com | 7/21/2025 5:02:23 PM | SENT |